# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin C. Fountain aka Kevin Charles Fountain aka Kevin Fountain<br>                    Debtor(s)<br><br>Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>                    Movant<br>           vs.<br><br>Kevin C. Fountain aka Kevin Charles Fountain aka Kevin Fountain<br>                    Debtor(s)<br><br>Scott F. Waterman,<br>                    Trustee | BK NO. 21-12391 PMM<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE
## NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

I, Rebecca A. Solarz, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on September 15, 2021, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Kevin C. Fountain aka Kevin Charles Fountain aka Kevin Fountain
2606 Cumberland Avenue
Reading, PA 19606

Attorney for Debtor(s)
Shawn J. Lau, Esq.
4228 St. Lawrence Avenue (VIA ECF)
Reading, PA 19606

Trustee
Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Method of Service:  electronic means or first class mail

Dated: September 15, 2021

**/s/Rebecca A. Solarz, Esquire**
Rebecca A. Solarz, Esquire
Attorney I.D. 315936
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327
rsolarz@kmllawgroup.com