United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Kevin C. Fountain  
    Debtor

Case No. 21-12391-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jan 13, 2022      Form ID: 155      Total Noticed: 41

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Kevin C. Fountain, 2606 Cumberland Ave, Reading, PA 19606-2112 |
| 14633109 | | Chime-Stride Bank, PO Box 417, San Francisco, CA 94104-0417 |
| 14633114 | + | Credit One Bank, PO Box 607, Las Vegas, NV 89125-0607 |
| 14648910 | + | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, Woodbridge, NJ 07095-5042 |
| 14633121 | | Paypal Credi/SyncB, PO Box 960006, Orlando, FL 32896-0006 |
| 14639333 | + | Rocket Loans, 1274 Library, Detroit, MI 48226-2256 |
| 14634126 | + | Rocket Mortgage, LLC f/k/a Quicken Loans,, LLC f/k/a Quicken Loans Inc., C/O Rebecca Solarz KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14634335 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14633123 | | Rocketloans, 1001 Woodward Ave Ste 1750, Detroit, MI 48226-1904 |
| 14633126 | | TD Bank/TargetCard, NCD-0450PO, PO Box 1470, Minneapolis, MN 55440-1470 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14633103 | + | Email/Text: rperez@arcadiarecovery.com | Jan 13 2022 23:54:00 | Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3559 |
| 14633104 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 14 2022 00:05:06 | Best Buy/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14633105 | | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 13 2022 23:54:00 | Bridgecrest Formerly Drivetime, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14633108 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 13 2022 23:54:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14633110 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 13 2022 23:54:00 | Citizens Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14633544 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 13 2022 23:54:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14636737 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 14 2022 00:05:04 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14633106 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 14 2022 00:05:05 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14633107 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2022 00:05:06 | Carson Smithfield, LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 14633111 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 13 2022 23:54:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14633112 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 13 2022 23:54:00 | ComenityCapitalBank/Bosc, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 14633113 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jan 13 2022 23:54:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |

| | | | |
|---|---|---|---|
| 14633115 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 13 2022 23:54:00 | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 14633116 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 13 2022 23:54:00 | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 14633117 | Email/Text: GenesisFS@ebn.phinsolutions.com | Jan 13 2022 23:54:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14648368 | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 13 2022 23:54:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14635468 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2022 00:05:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14637973 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2022 00:05:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14633118 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jan 14 2022 00:05:02 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14633119 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Jan 13 2022 23:54:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650-4971 |
| 14633120 | Email/PDF: cbp@onemainfinancial.com | Jan 14 2022 00:05:04 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 14635142 | + Email/PDF: cbp@onemainfinancial.com | Jan 14 2022 00:05:06 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14641298 | Email/Text: bnc-quantum@quantum3group.com | Jan 13 2022 23:54:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14633122 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 13 2022 23:54:00 | Quicken Loans, Inc., 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14635469 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 14 2022 00:05:02 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14635912 | + Email/Text: bankruptcyteam@quickenloans.com | Jan 13 2022 23:54:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14633124 | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 00:05:06 | SYNCB/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 14633125 | Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 00:05:03 | SYNCB/PayPal Credit Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14633542 | + Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 00:05:05 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14633476 | + Email/PDF: gecsedi@recoverycorp.com | Jan 14 2022 00:05:06 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14633127 | Email/Text: bk@avant.com | Jan 13 2022 23:54:00 | Webbank/Avant, 222 N La Salle St Ste 1600, Chicago, IL 60601-1112 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 13, 2022 | Form ID: 155 | Total Noticed: 41 |

in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 15, 2022        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 13, 2022 at the address(es) listed below:

**Name**          **Email Address**

REBECCA ANN SOLARZ

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

SHAWN J. LAU

on behalf of Debtor Kevin C. Fountain shawn_lau@msn.com  g61705@notify.cincompass.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Kevin C. Fountain
    Debtor(s)

Chapter: 13
Bankruptcy No: 21−12391−pmm

___

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this 13th day of January 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Patricia M. Mayer
Judge ,
United States Bankruptcy Court

18 − 6
Form 155