IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Kevin C. Fountain aka Kevin Charles Fountain aka Kevin Fountain<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　　　　Movant<br>　　vs.<br>Kevin C. Fountain aka Kevin Charles Fountain aka Kevin Fountain<br>　　　　　　　Debtor(s)<br>Scott F. Waterman<br>　　　　　　　Trustee | NO. 21-12391 PMM<br><br>11 U.S.C. Sections 362 |

## ORDER

AND NOW, this  15th  day of  July  , 2022 at Reading, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on *May 19, 2022* does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_Patricia M. Mayer_
United States Bankruptcy Judge.