United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-12391-pmm |
| Kevin C. Fountain | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 1

Date Rcvd: Jul 15, 2022     Form ID: pdf900     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Kevin C. Fountain, 2606 Cumberland Ave, Reading, PA 19606-2112 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2022     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| SHAWN J. LAU | on behalf of Debtor Kevin C. Fountain shawn_lau@msn.com g61705@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Kevin C. Fountain aka Kevin Charles Fountain aka Kevin Fountain<br><br>　　　　　　　　　　Debtor(s) | CHAPTER 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.<br>　　　　　　　　　　Movant<br>　　　vs. | NO. 21-12391 PMM |
| Kevin C. Fountain aka Kevin Charles Fountain aka Kevin Fountain<br>　　　　　　　　　　Debtor(s) | 11 U.S.C. Sections 362 |
| Scott F. Waterman<br>　　　　　　　　　　Trustee | |

## ORDER

AND NOW, this 15th day of July, 2022 at Reading, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on _May 19, 2022_ does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

　　　　　　　　　　　　　　　　　　　　　　　　　_Patricia M. Mayer_
　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge.