| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 21-12391-PMM

| | |
|---|---|
| Kevin C. Fountain | Petition Filed Date: 08/31/2021 |
| 2606 Cumberland Ave | 341 Hearing Date: 10/05/2021 |
| Reading  PA    19606-2112 | Confirmation Date: 01/13/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/12/2021 | $325.00 | | 11/04/2021 | $325.00 | | 12/06/2021 | $325.00 | |
| 01/06/2022 | $325.00 | | 02/07/2022 | $325.00 | | 03/04/2022 | $325.00 | |
| 04/08/2022 | $325.00 | | 05/05/2022 | $325.00 | | 06/06/2022 | $325.00 | |
| 07/07/2022 | $325.00 | | | | | | | |

**Total Receipts for the Period: $3,250.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,250.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $3,150.00 | $2,990.00 | $160.00 |
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $1,596.24 | $0.00 | $1,596.24 |
| 2 | CITIZENS BANK NA<br>»» 002 | Unsecured Creditors | $3,277.21 | $0.00 | $3,277.21 |
| 3 | BRIDGECREST CREDIT COMPANY LLC<br>»» 003 | Unsecured Creditors | $3,521.76 | $0.00 | $3,521.76 |
| 4 | ONE MAIN FINANCIAL<br>»» 004 | Unsecured Creditors | $10,489.03 | $0.00 | $10,489.03 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $2,147.52 | $0.00 | $2,147.52 |
| 6 | RESURGENT CAPITAL SERVICES<br>»» 006 | Unsecured Creditors | $732.25 | $0.00 | $732.25 |
| 7 | ROCKET MORTGAGE LLC<br>»» 007 | Mortgage Arrears | $13,757.88 | $0.00 | $13,757.88 |
| 8 | AMERICAN INFOSOURCE LP<br>»» 008 | Unsecured Creditors | $1,251.17 | $0.00 | $1,251.17 |
| 9 | MERRICK BANK<br>»» 009 | Unsecured Creditors | $975.70 | $0.00 | $975.70 |
| 10 | ROCKET LOANS<br>»» 010 | Unsecured Creditors | $11,048.26 | $0.00 | $11,048.26 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $1,969.10 | $0.00 | $1,969.10 |
| 12 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $1,576.89 | $0.00 | $1,576.89 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $4,018.83 | $0.00 | $4,018.83 |
| 14 | NEW JERSEY TURNPIKE AUTHORITY<br>»» 014 | Unsecured Creditors | $32.60 | $0.00 | $32.60 |

**Chapter 13 Case No. 21-12391-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,250.00 | Current Monthly Payment: | $325.00 |
| Paid to Claims: | $2,990.00 | Arrearages: | $325.00 |
| Paid to Trustee: | $260.00 | Total Plan Base: | $19,500.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.