| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 21-12391-PMM

| | |
|---|---|
| Kevin C. Fountain | Petition Filed Date: 08/31/2021 |
| 2606 Cumberland Ave | 341 Hearing Date: 10/05/2021 |
| Reading  PA    19606-2112 | Confirmation Date: 01/13/2022 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2022 | $325.00 | | 09/19/2022 | $325.00 | | 10/14/2022 | $325.00 | |
| 11/08/2022 | $325.00 | | 12/08/2022 | $325.00 | | 01/11/2023 | $325.00 | |
| 02/08/2023 | $325.00 | | 03/08/2023 | $325.00 | | 04/10/2023 | $325.00 | |
| 05/08/2023 | $325.00 | | 06/08/2023 | $325.00 | | 07/11/2023 | $325.00 | |

**Total Receipts for the Period: $3,900.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,475.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | SHAWN J LAU ESQ | Attorney Fees | $3,150.00 | $3,150.00 | $0.00 |
| 1 | CITIZENS BANK NA  »» 001 | Unsecured Creditors | $1,596.24 | $122.62 | $1,473.62 |
| 2 | CITIZENS BANK NA  »» 002 | Unsecured Creditors | $3,277.21 | $251.79 | $3,025.42 |
| 3 | BRIDGECREST CREDIT COMPANY LLC  »» 003 | Unsecured Creditors | $3,521.76 | $270.61 | $3,251.15 |
| 4 | ONE MAIN FINANCIAL  »» 004 | Unsecured Creditors | $10,489.03 | $805.93 | $9,683.10 |
| 5 | LVNV FUNDING LLC  »» 005 | Unsecured Creditors | $2,147.52 | $165.02 | $1,982.50 |
| 6 | RESURGENT CAPITAL SERVICES  »» 006 | Unsecured Creditors | $732.25 | $46.12 | $686.13 |
| 7 | ROCKET MORTGAGE LLC  »» 007 | Mortgage Arrears | $139.00 | $139.00 | $0.00 |
| 8 | CAPITAL ONE BANK (USA) NA  »» 008 | Unsecured Creditors | $1,251.17 | $96.12 | $1,155.05 |
| 9 | MERRICK BANK  »» 009 | Unsecured Creditors | $975.70 | $61.43 | $914.27 |
| 10 | ROCKET LOANS  »» 010 | Unsecured Creditors | $11,048.26 | $848.88 | $10,199.38 |
| 11 | QUANTUM3 GROUP LLC AS AGENT FOR  »» 011 | Unsecured Creditors | $1,969.10 | $151.31 | $1,817.79 |
| 12 | LVNV FUNDING LLC  »» 012 | Unsecured Creditors | $1,576.89 | $121.18 | $1,455.71 |
| 13 | JEFFERSON CAPITAL SYSTEMS LLC  »» 013 | Unsecured Creditors | $4,018.83 | $308.78 | $3,710.05 |
| 14 | NEW JERSEY TURNPIKE AUTHORITY  »» 014 | Unsecured Creditors | $32.60 | $0.00 | $32.60 |

**Chapter 13 Case No. 21-12391-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,475.00 | Current Monthly Payment: | $325.00 |
| Paid to Claims: | $6,538.79 | Arrearages: | $0.00 |
| Paid to Trustee: | $614.25 | Total Plan Base: | $19,500.00 |
| Funds on Hand: | $321.96 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.