Certificate Number: 04174-AZ-DE-038342973

Bankruptcy Case Number: 21-12391



# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 2, 2024, at 7:44 o'clock PM CDT, Kevin Fountain completed a course on personal financial management given by internet by Take Charge America, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date: April 3, 2024

By: /s/Carri Parada

Name: Carri Parada

Title: Counselor