Certificate Number: 04174-PAE-DE-038370908

Bankruptcy Case Number: 21-12391



04174-PAE-DE-038370908

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 2, 2024, at 7:44 o'clock PM MST, Kevin Fountain completed a course on personal financial management given by internet by Take Charge America, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: April 11, 2024              By:    /s/Carri Parada

                                  Name:  Carri Parada

                                  Title: Counselor