United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 21-12391-pmm

Kevin C. Fountain  Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 3
Date Rcvd: Apr 12, 2024 | Form ID: 138OBJ | Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Kevin C. Fountain, 2606 Cumberland Ave, Reading, PA 19606-2112 |
| 14633114 | + | Credit One Bank, PO Box 607, Las Vegas, NV 89125-0607 |
| 14633121 | | Paypal Credi/SyncB, PO Box 960006, Orlando, FL 32896-0006 |
| 14634126 | + | Rocket Mortgage, LLC f/k/a Quicken Loans,, LLC f/k/a Quicken Loans Inc., C/O Rebecca Solarz KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14634335 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14633123 | | Rocketloans, 1001 Woodward Ave Ste 1750, Detroit, MI 48226-1904 |
| 14633476 | + | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 13 2024 00:12:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 13 2024 00:12:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14633103 | + | Email/Text: rperez@arcadiarecovery.com | Apr 13 2024 00:12:00 | Arcadia Recovery Bureau, 645 Penn St, Reading, PA 19601-3559 |
| 14633104 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 13 2024 00:18:55 | Best Buy/CBNA, 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14633105 | | Email/Text: rm-bknotices@bridgecrest.com | Apr 13 2024 00:12:00 | Bridgecrest Formerly Drivetime, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14633108 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 13 2024 00:12:00 | CB Indigo, PO Box 4499, Beaverton, OR 97076-4499 |
| 14633110 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 13 2024 00:12:00 | Citizens Bank, PO Box 7092, Bridgeport, CT 06601-7092 |
| 14633544 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 13 2024 00:12:00 | Citizens Bank N.A., One Citizens Bank Way, Mailstop: JCA115, Johnston, RI 02919 |
| 14636737 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 13 2024 00:19:05 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14633106 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 13 2024 00:18:53 | Capital One Bank USA NA, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 14633107 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:19:02 | Carson Smithfield, LLC, PO Box 9216, Old Bethpage, NY 11804-9016 |
| 14633109 | ^ | MEBN | | |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 13 2024 00:09:37 | Chime-Stride Bank, PO Box 417, San Francisco, CA 94104-0417 |
| 14633111 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Apr 13 2024 00:12:00 | Citizens Bank, PO Box 18204, Bridgeport, CT 06601-3204 |
| 14633112 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 13 2024 00:12:00 | ComenityCapitalBank/Bosc, 6939 Americana Pkwy, Reynoldsburg, OH 43068-4171 |
| 14633113 | | Email/Text: bankruptcy_notifications@ccsusa.com | Apr 13 2024 00:12:00 | Credit Collection Services, 725 Canton St, Norwood, MA 02062-2679 |
| 14633115 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 13 2024 00:12:00 | FEB Destiny, PO Box 4499, Beaverton, OR 97076-4499 |
| 14633116 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 13 2024 00:12:00 | Genesis FS Card Services, PO Box 23039, Columbus, GA 31902-3039 |
| 14633117 | | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 13 2024 00:12:00 | Genesis FS Card Services, PO Box 4477, Beaverton, OR 97076-4401 |
| 14648368 | | Email/Text: JCAP_BNC_Notices@jcap.com | Apr 13 2024 00:12:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14635468 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2024 00:18:54 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14637973 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:19:00 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14633118 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 13 2024 00:18:53 | Merrick Bank, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14633119 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 13 2024 00:12:00 | NJ EZ Pass, PO Box 4971, Trenton, NJ 08650-4971 |
| 14648910 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Apr 13 2024 00:12:00 | New Jersey Turnpike Authority, 1 Turnpike Plaza, P.O. Box 5042, Woodbridge, Woodbridge, NJ 07095 |
| 14633120 | | Email/PDF: cbp@omf.com | Apr 13 2024 00:18:54 | OneMain, PO Box 1010, Evansville, IN 47706-1010 |
| 14635142 | + | Email/PDF: cbp@omf.com | Apr 13 2024 00:19:05 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14641298 | | Email/Text: bnc-quantum@quantum3group.com | Apr 13 2024 00:12:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14633122 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 13 2024 00:12:00 | Quicken Loans, Inc., 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14635469 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 13 2024 00:18:55 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14639333 | + | Email/Text: OpsEscalations@RocketLoans.com | Apr 13 2024 00:12:00 | Rocket Loans, 1274 Library, Detroit, MI 48226-2256 |
| 14635912 | + | Email/Text: bankruptcyteam@quickenloans.com | Apr 13 2024 00:12:00 | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14633124 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 13 2024 00:19:00 | SYNCB/Care Credit, PO Box 960061, Orlando, FL 32896-0061 |
| 14633125 | | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 13 2024 00:18:54 | SYNCB/PayPal Credit Card, PO Box 965005, Orlando, FL 32896-5005 |
| 14633542 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 13 2024 00:19:06 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14633126 | | Email/Text: bncmail@w-legal.com | Apr 13 2024 00:12:00 | TD Bank/TargetCard, NCD-0450PO, PO Box 1470, Minneapolis, MN 55440-1470 |

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 12, 2024 | Form ID: 138OBJ | Total Noticed: 43 |

| 14633127 | Email/Text: bk@avant.com | | |
|---|---|---|---|
| | | Apr 13 2024 00:12:00 | Webbank/Avant, 222 N La Salle St Ste 1600, Chicago, IL 60601-1112 |

TOTAL: 36

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2024         Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 12, 2024 at the address(es) listed below:**

**Name**  **Email Address**

DENISE ELIZABETH CARLON
   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

SHAWN J. LAU
   on behalf of Debtor Kevin C. Fountain shawn_lau@msn.com
   g61705@notify.cincompass.com;lau.shawnb128866@notify.bestcase.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kevin C. Fountain

        Debtor(s)                                    Case No: 21−12391−pmm

                                                         Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                United States Bankruptcy Court
            Office of the Clerk, Gateway Building
                 201 Penn Street, 1st Floor
                    Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 4/12/24

                                                                                                          49 − 40
                                                                                                   Form 138OBJ